1  Steven A. Sherman, Esq.  Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 Telephone
4  (714) 953-1143 Facsimile
   Ssherman@law4cops.com
5
   Attorneys for City of Garden Grove and Officer Schmidt
6

JS - 6

7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11  STEVEN DO and DEVIN BOLAND,    )   NO. SA CV08-1470 DOC (JCx)
                                   )
12         Plaintiffs,              )   **[PROPOSED] ORDER PURSUANT TO
                                   )   STIPULATED DISMISSAL OF ALL DEFENDANTS,
13  v.                              )   WITH PREJUDICE**
                                   )
14  CITY OF GARDEN GROVE, a         )
    municipal entity; PHILIP SCHMIDT,)
15  individually and in his official capacity as )  *[Filed Concurrently with
    detective of the Garden Grove Police         )   Stipulation of Dismissal]*
16  Department, and DOES 1 to 50, Inclusive,)
                                   )
17         Defendants.              )
    _____ )
18

19
        Pursuant to stipulation of the parties,
20
        IT IS SO ORDERED THAT:
21
        The within matter is dismissed, with prejudice, as to Defendants City of
22
    Garden Grove and Philip Schmidt.
23
        All parties are to bear their respective costs and attorney fees.
24

25
    DATED:  December 1, 2009
26
                                        _____
27                                      Honorable David O. Carter
                                        United States District Judge
28

_____
07-041

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I, Michele Koller, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California  92705-7101.

     On November 30, 2009, served the **[PROPOSED] ORDER PURSUANT TO STIPULATED DISMISSAL OF ALL DEFENDANTS, WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Cyrus E. Seradi, Esq.<br>
Robert N. Phan, Esq.<br>
GARCIA & PHAN<br>
17011 Beach Blvd., Ste. 540<br>
Huntington Beach, CA 92647<br>
Email rphan@garciphan.com

\_\_\_ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents.  Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

\_\_\_ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2009, at Santa Ana, California.

                                        /s/ Michele Koller  
                                        Michele Koller